### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| A.M., a minor, by and through her<br>Parents, A.M. and S.M.,<br>of  Dover, DE, | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | ) | C.A. No.  19-01595- MN |
| CAPITAL SCHOOL DISTRICT,<br>198 Commerce Way, Dover,<br>DE  19904, | )<br>)<br>)<br>) | |
| Defendant. | )<br>) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that the above-captioned matter is

dismissed with prejudice.

| | |
|---|---|
| **MCANDREWS, MEHALICK,<br>CONNOLLY, HULSE & RYAN, P.C.** | **MORRIS JAMES LLP** |
| */s/ Caitlin E. McAndrews*<br>Caitlin E. McAndrews (#6179)<br>910 Foulk Road, Suite 200<br>Wilmington, DE 19803<br>cmcandrews@mcandrewslaw.com<br>(302) 380-4975<br>*Counsel for Plaintiffs* | */s/ James H. McMackin, III*_____<br>James H. McMackin, III (#4284)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE  19899<br>*jmcmackin@morrisjames.com*<br>(302) 888-5849<br>*Counsel for Defendant* |

IT IS SO ORDERED this \_\_\_\_\_ day of _____, 2021.


_____
The Honorable Maryellen Noreika